1  STEVEN G. KALAR
   Federal Public Defender
2  HANNI M. FAKHOURY
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500

5  Counsel for Defendant LEAKE

6

7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    OAKLAND DIVISION

10 | UNITED STATES OF AMERICA,   ) NO. 15-00572-HSG
   |                             )
11 |                  Plaintiff, ) STIPULATION AND ORDER TO
   |                             ) CONTINUE HEARING DATE TO MARCH
12 |     v.                      ) 14, 2016
   |                             )
13 | BOBBIE L. LEAKE,            ) Hearing Date: February 8, 2016
   |                             ) Time:         2:00 p.m.
14 |                  Defendant. )
   |                             )
15 |                             )

16

17    The preliminary revocation hearing in this case is set for February 8, 2016. The parties

18 jointly request that the Court continue the hearing to March 14, 2016, at 2:00 p.m. so the

19 revocation hearing can trail a pending criminal case in Alameda County Superior Court that is the

20 basis of the Form 12 petition filed against Ms. Leake.

21    Ms. Leake is on supervised release following her conviction for access device fraud in the

22 Southern District of Georgia. On December 9, 2015, this Court accepted jurisdiction of Ms. Leake.

23 On December 18, 2015, the Probation office filed a Form 12 petition, alleging Ms. Leake violated

24 her supervised release following her arrest by the Alameda County Sherriff's Office on November

25 7, 2015. The Alameda County District Attorney's Office filed a criminal complaint against Ms.

26 Leake on the basis of the arrest, and the case is currently pending in state court.

27    Ms. Leake had her initial appearance before the Honorable Donna M. Ryu on January 13,

28 2016. At that hearing, Ms. Leake was arraigned on the Form 12 petition and the current status

hearing was set. Ms. Leake was permitted to remain out of custody, although the U.S. Probation Office is seeking to modify her supervised release conditions to include location monitoring via an ankle monitor to enforce her curfew, a modification Ms. Leake does not oppose.

Ms. Leake's state case also had a pretrial conference hearing on January 13, 2016 in Alameda County Superior Court. Following that court hearing, undersigned defense counsel spoke with Ms. Leake's attorney in the state case and learned that the pretrial conference was continued to February 24, 2016 because the District Attorney's office needed additional time to produce discovery.

Since the supervised release violation in this case stems from the new state charges, the state case should go forward before the federal revocation proceeding. Because the state case has been continued to February 24, 2016, this Court should delay the revocation hearing until after that hearing. Neither the government nor the probation office oppose this request.

Thus, the parties request this Court continue the supervised release revocation proceedings to trail the state case and request the current revocation status hearing be continued to March 14, 2016 at 2:00 p.m. The parties agree that the Speedy Trial Act does not apply because this is a supervised release revocation proceeding.

DATED: January 19, 2016

/s/
DENISE MARIE BARTON
Assistant United States Attorney

DATED: January 19, 2016

/S/
HANNI M. FAKHOURY
Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The Form 12 petition filed by the probation office alleges Ms. Leake is in violation of her supervised release due to new criminal conduct that has been charged in a criminal case in Alameda County Superior Court;

2. The outcome of the state case will have an impact on the revocation proceedings in this case and should be resolved before revocation proceedings go forward; and

3. The next scheduled court date in the state case is February 24, 2016 for a pretrial conference and any hearing on the Form 12 petition should wait until after that hearing.

Based on these findings, it is hereby ordered that the status hearing date of February 8, 2016, scheduled at 2:00 p.m. is vacated and reset for March 14, 2016 at 2:00 p.m.

DATED: January 19, 2016

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
Senior United States District Judge